CRIMINAL CASE INFORMATION SHEET                18-315

Pittsburgh  ✓          Erie  _____        Johnstown  _____

Related to No.   18-cr-282, 18-cr-283, 18-cr-284, 18-cr-285 and 17-cv-439          Judge   Bissoon

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  ____  Narcotics and Other Controlled Substances
1a. ____  Narcotics and Other Controlled Substances (3 or more Defendants)
2.  ____  Fraud and Property Offenses
2a.  ✓   Fraud and Property Offenses (3 or more Defendants)
3.  ____  Crimes of Violence
4.  ____  Sex Offenses
5.  ____  Firearms and Explosives
6.  ____  Immigration
7.  ____  All Others

Defendant's name:  Tony Brown

Is indictment waived:   ____ Yes   ✓ No

Pretrial Diversion:   ____ Yes   ✓ No

Juvenile proceeding:   ____ Yes   ✓ No

Defendant is:   ✓ Male   ____ Female

Superseding indictment or information   ____ Yes   ✓ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:   Allegheny

Previous proceedings before Magistrate Judge:  _____

Case No.:  _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody   ✓ is not in custody

Name of Institution: _____

Custody is on: ____ this charge   ____ another charge

____ another conviction

____ State   ____ Federal

Detainer filed: ____ yes   ✓ no

Date detainer filed: _____

Total defendants: 12

Total counts: 22

Data below applies to defendant No.: 5

Defendant's name: Tony Brown

## SUMMARY OF COUNTS

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | ✓ |
| 2 | 18 U.S.C. §§ 1347 and 2 | Health Care Fraud | ✓ |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: NOV 26 2018

*[signature]*

ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382